11 So.2d 169

**Willie JACKSON (alias Dago) v. STATE.**

**1 Div. 426.**

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

4 So.2d 923

**Woodrow JACKSON v. STATE.**

**8 Div. 192.**

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

3 So.2d 923

**Bill JACO v. CITY OF HUNTSVILLE.**

**8 Div. 53.**

Court of Appeals of Alabama.
May 22, 1941.

PER CURIAM.
Appeal dismissed for want of prosecution.

1 So.2d 45

**Claud JAMES v. STATE.**

**8 Div. 79.**

Court of Appeals of Alabama.
Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

5 So.2d 848

**Samuel JENKINS v. STATE.**

**2 Div. 709.**

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 923

**Emmett M. JENNINGS v. STATE.**

**7 Div. 629.**

Court of Appeals of Alabama.
June 17, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.